17433.   CENTRAL OF GEORGIA RAILWAY COMPANY *v.* NISBET.

17434.   CENTRAL OF GEORGIA RAILWAY COMPANY *v.* HARRIS.

17435.   CENTRAL OF GEORGIA RAILWAY COMPANY *v.* SMITH.

BELL, J.   These cases are controlled by the decision in the companion case of *Central of Georgia Railway Co.* v. *Heard,* ante, 332.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED JANUARY 24, 1927.

Application for certiorari was denied by the Supreme Court.

For names of counsel, see the case cited above.

———— ————